# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00785-CV

**E. L. and S. L. F., Jr., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-FM-13-005219, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants E.L. and S.L.F., Jr. appeal from the trial court's order terminating their parental rights to their minor child. *See* Tex. Fam. Code § 161.001. In support of its petition to terminate E.L. and S.L.F.'s parental rights, the Texas Department of Family and Protective Services (the Department) alleged that E.L. and S.L.F.: (1) knowingly placed or knowingly allowed the child to remain in conditions or surroundings that endangered the physical or emotional well-being of the child, *see id.* § 161.001(D); (2) engaged in conduct or knowingly placed the child with persons who engaged in conduct that endangered the physical or emotional well-being of the child, *see id.* § 161.001(E); and (3) failed to comply with the terms of a court order that specifically established the actions necessary to obtain the return of the child from the conservatorship of the Department, *see id.* § 161.001(1)(O). The Department also alleged that termination of E.L. and S.L.F.'s parental rights was in the child's best interest. *See id.* § 161.001(2). Following a bench trial, the trial court

found by clear and convincing evidence that all three statutory grounds for terminating E.L. and S.L.F.'s parental rights existed and that termination was in the child's best interest.

On appeal, E.L. and S.L.F. have separate appellate attorneys who each filed a brief stating that after reviewing the record, they believe that the appeal is frivolous.[1]  Each appellate counsel has presented a professional evaluation of the record and explained why he or she believes there are no arguable grounds for reversal.  Neither E.L. nor S.L.F. has filed a pro se brief or made contact with this Court.  We have conducted our own review of the record and we agree that the appeal is frivolous.  We therefore affirm the trial court's final decree.  We grant counsels' motions to withdraw as attorneys of record.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Affirmed

Filed:  May 21, 2015

---

[1]  This and other Texas courts have held that it is appropriate in a parental termination case to file a brief asserting that the appeal is frivolous.  *See, e.g., Matthews v. Texas Dep't of Protective & Regulatory Servs.*, No. 03-04-00184-CV, 2005 WL 366871 (Tex. App.—Austin Feb. 17, 2005, no pet.) (mem. op.); *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.); *In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.).